15420.  LONG *v.* THE STATE.

LUKE, J. 1. The court did not err in overruling the defendant's special plea in abatement. *Long* v. *State* (No. 15421), 34 *Ga. App.* 125.

2. Under the particular facts of the case this court can not hold as a matter of law that the judge abused his discretion in denying the motion to declare a mistrial, based upon alleged improper remarks of the solicitor-general during the trial of the case.

3. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error for any reason assigned.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Shooting at another; from Walton superior court—Judge Fortson.  January 26, 1924.

*Orrin Roberts, H. H. Chandler,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.